IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-164 |
| ) | |
| CHRISTOPHER HARRIS, ) | |

**ORDER OF CRIMINAL FORFEITURE
AGAINST CHRISTOPHER HARRIS**

AND NOW, this 12th day of Sept, 2008, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Christopher Harris in the following "Subject Property" are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 924(d)(1) and 26 U.S.C. § 5872: one Smith & Wesson .38 caliber revolver, bearing serial number 8D29589; and one CBC 12-gauge shotgun, bearing serial number 1411837.

2. Due to the value of the Subject Property, advertising is hereby waived.

3. The Court will adjudicate all third-party claims.

_____ J.