IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-164 |
| | ) | |
| CHRISTOPHER HARRIS, | ) | |

### FINAL ORDER OF FORFEITURE

AND NOW, this 2nd day of June, 2009, it is hereby ORDERED, ADJUDGED and DECREED that one CBC 12-gauge shotgun, bearing serial number 1411837 is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 26 U.S.C. § 5872, for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Christopher Harris.

_____
United States District Court